1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    CASE NO.
                                   )
12                    Plaintiff,   )    2:10-MJ-2300
                                   )
13        vs.                      )    ORDER OF DETENTION
                                   )
14                                 )
    Felix Garcia-Godoy,            )
15                                 )
                      Defendant.   )
16  _____ )

17

18                         I

19  A.   [X]  On motion of the Government in a case allegedly

20  involving:

21         1.   ( ) a crime of violence.

22         2.   ( ) an offense with maximum sentence of life

23  imprisonment or death.

24         3.   [X] a narcotics or controlled substance offense with

25  maximum sentence of ten or more years.

26         4.   ( ) any felony - where defendant convicted of two or

27  more prior offenses described above.

28

1        5.   ( )  any  felony  that  is  not  otherwise  a  crime  of

2        violence that involves a minor victim, or possession or use

3        of a firearm or destructive device or any other dangerous

4        weapon, or a failure to register under 18 U.S.C. § 2250.

5  B.   (X) On motion by the Government/ ( ) on Court's own motion,

6  in a case allegedly involving:

7        (X)  On the further allegation by the Government of:

8        1.   (X) a serious risk that the defendant will flee.

9        2.   ( ) a serious risk that the defendant will:

10           a.   ( )  obstruct or attempt to obstruct justice.

11           b.   ( )  threaten, injure or intimidate a prospective

12       witness or juror, or attempt to do so.

13 C.  The Government (X is/ ( ) is not entitled to a rebuttable

14 presumption that no condition or combination of conditions will

15 reasonably assure the defendant's appearance as required and the

16 safety or any person or the community.

17

18                                  II

19 A.   (X) The Court finds that no condition or combination of

20 conditions will reasonably assure:

21       1.   (X) the appearance of the defendant as required.

22       (X) and/or

23       2.   (X) the safety of any person or the community.

24 B.   (X) The Court finds that the defendant has not rebutted by

25 sufficient evidence to the contrary the presumption provided by

26 statute.

27 ///

28 ///

-2-

III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A.    (X)  As to flight risk:

(i) illegal status
(ii) no bail resoures/sureties

///
///
///

B.   (X)   As to danger:

(i) criminal history
(ii) current charges

## VI

A.   ( )   The Court finds that a serious risk exists the defendant will:

    1.   ( )   obstruct or attempt to obstruct justice.

    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

## VII

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   9/24/10

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE